IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Nos. 2:99-cr-53 |
| vs. | ) | and 2:02-cr-89 |
| | ) | |
| Kyle L. Redfox, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 10, 2007, the supervising probation officer filed a petition alleging a violation of supervised release. As provided in 18 U.S.C. § 3401(i), the Court designated the Honorable Alice R. Senechal, United States Magistrate Judge, to conduct hearings and submit proposed findings of fact and recommendations on the matter. A hearing before the Magistrate Judge was held on February 29, 2008.

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending this Court find Defendant Kyle Redfox violated a special condition of his supervised release. Neither party objects to the Report and Recommendation. Upon review of these items and the entire file, the Court finds the Magistrate Judge's Recommendation correct and hereby adopts the Report and Recommendation. The Court thus **FINDS** that a violation of supervised release has occurred as alleged in the petition.

Based upon the Magistrate Judge's Recommendation, **IT IS ORDERED** that the Defendant's supervised release is revoked and

that the Defendant be incarcerated for a period of twelve (12) months and one (1) day, with credit for time served from his arrest on February 10, 2008. At the completion of this term of incarceration, no term of supervised release is ordered.

**IT IS SO ORDERED.**

Dated this 18th day of March, 2008.

*/s/ Rodney S. Webb*
RODNEY S. WEBB, District Judge
United States District Court